PER CURIAM.
We affirm the finding that an easement has been abandoned. See Dean v. Mod Properties, Ltd., 528 So.2d 432 (Fla. 5th DCA 1988); Joseph v. Duran, 436 So.2d 316 (Fla. 1st DCA 1983); Dan Dee Corp. v. Samuels, 124 So.2d 733 (Fla. 2nd DCA 1960); Woodlawn Park Cemetery Co. v. City of Miami, 104 So.2d 851 (Fla. 3d DCA 1958); Powers v. Scobie, 60 So.2d 738 (Fla.1952). See and compare Southeast Seminole Civic Assoc. v. Adkins, 604 So.2d 523 (Fla. 5th DCA), rev. denied 613 So.2d 9 (Fla.1992).
Affirmed.